AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Wilson | ) | Case No.  1:19-mj-6087-MPK |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: April 3, 2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael Kendall  544866
*Printed name and bar number of defendant's attorney*

75 State St  Boston Ma. 02109
*Address of defendant's attorney*

mKendall @ whiteCase. Com
*E-mail address of defendant's attorney*

617-905-8206
*Telephone number of defendant's attorney*

617-979-9301
*FAX number of defendant's attorney*